**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1843**

---

In re:  CLIFTON DONELL LYLES,

      Petitioner.

---

**No. 23-1844**

---

In re:  CLIFTON DONELL LYLES,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Florence.  (4:22-cv-03572-SAL-TER; 4:22-cv-01398-SAL)

---

Submitted:  September 28, 2023             Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Clifton Donell Lyles, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles petitions for a writ of mandamus, alleging that the district court has unduly delayed in transmitting a notice of appeal. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court.[*] Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] We note that while Lyles appears to wish to appeal a magistrate judge's order denying a motion to appoint counsel to this Court, this order is not an appealable interlocutory order and thus the district court reasonably docketed the notice as an appeal to the district judge.

2